JUDGE SWAIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :

    -v.-                          :

JOSEPH GIANCASPRO,                :
   a/k/a "joe252ss,"
   a/k/a "joe455ss,"              :

        Defendant.         :

- - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 2 6 2007

INDICTMENT

07 Cr.

**07 CRIM 1068**

COUNT ONE

    The Grand Jury charges:

    From on or about April 12, 2006, up to and including on or about April 25, 2006, in the Southern District of New York and elsewhere, JOSEPH GIANCASPRO, a/k/a "joe252ss," a/k/a "joe455ss," the defendant, unlawfully, willfully, and knowingly, did use a facility and means of interstate commerce to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense, and attempted to do so, to wit, GIANCASPRO used a computer and the Internet to attempt to entice, induce, coerce, and persuade a minor to engage in sexual activity in violation of New York State laws.

    (Title 18, United States Code, Section 2422(b).)

_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

JOSEPH GIANCASPRO,
a/k/a "joe252ss,"
a/k/a "joe455ss,"

Defendant.

---

INDICTMENT

07 Cr.

(18 U.S.C. § 2422(b))


MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.