UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA        :        S1 07 Cr. 1068 (LTS)

      v.                        :        **WAIVER OF INDICTMENT**

JOSEPH GIANCASPRO,              :
  a/k/a "joe252ss,"
  a/k/a "joe455ss,"           :

        Defendant.        :

- - - - - - - - - - - - - - - - X

      The above-named defendant, who is accused of violating Title 18, United States Code, Sections 2422(b) and 2252A(a)(5)(B), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

                              _____
                              JOSEPH GIANCASPRO
                              Defendant

                              _____
                              Witness

                              _____
                              RONALD KRIEGERMAN, ESQ.
                              Counsel for Defendant

Date:  New York, New York
       March 20, 2008

                              USDC SDNY
                              DOCUMENT
                              ELECTRONICALLY FILED
                              DOC #: MAR 20 2008
0202                          DATE FILED: _____