```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA        :    INFORMATION

        -v.-                    :    S1 07 Cr. 1068 (LTS)

JOSEPH GIANCASPRO,              :
    a/k/a "joe252ss,"
    a/k/a "joe455ss,"           :

            Defendant.          :

- - - - - - - - - - - - - - - - X
```

COUNT ONE

The United States Attorney charges:

1. From on or about April 12, 2006, up to and including on or about April 25, 2006, in the Southern District of New York and elsewhere, JOSEPH GIANCASPRO, a/k/a "joe252ss," a/k/a "joe455ss," the defendant, unlawfully, willfully, and knowingly, did use a facility and means of interstate commerce to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense, and did attempt so to do, to wit, GIANCASPRO used a computer and the Internet to attempt to entice an individual he believed to be under the age of 18 years to engage in sexual activity in violation of New York State laws.

(Title 18, United States Code, Section 2422(b).)



COUNT TWO

The United States Attorney further charges:

2. From on or about September 14, 2005, up to and including on or about April 25, 2006, JOSEPH GIANCASPRO, a/k/a "joe252ss," a/k/a "joe455ss," the defendant, unlawfully, willfully and knowingly did possess a computer disk and other material that contains an image of child pornography that has been mailed, and shipped and transported in interstate commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, GIANCASPRO possessed on a computer disc at least fifteen images of child pornography.

(Title 18, United States Code, Section 2252A(a)(5)(B).)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSEPH GIANCASPRO,
a/k/a "joe252ss,"
a/k/a "joe455ss,"

Defendant.

### INFORMATION

S1 07 Cr. 1068 (LTS)

(18 U.S.C. §§ 2422(b) and 2252A(a)(5)(B))

MICHAEL J. GARCIA
United States Attorney.

---

3-20-08

\* Filed ~~originala~~. Waiver of Indictment + Information. Deft. pres with attorney Mr Kliegman, A.U.S.A Mr. Muimin pres. Courtreporter pres. Deft. withdraws Plea of not guilty and enters a plea of guilty to Counts #1 + #2. P.S.I ordered. No Sentence date set. Bail Cont. Judge Pitman recommends that Judge Swain accept the guilty plea.

Pitman
U.S.M.J.