

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 19, 2008

**BY HAND**

**MEMO ENDORSED**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007



    Re:   *United States v. Joseph Giancaspro,*
          07 Cr. 1068 (LTS)

Dear Judge Swain:

    I am writing to seek to adjourn the sentencing in the above-referenced case, which is presently scheduled for June 19, 2008.

    The Probation Department contacted me and defense counsel requesting this adjournment so that Probation can obtain information necessary for the preparation of a Pre-Sentence Report in a sex-offender case such as this. Probation suggested that an adjournment to the week of July 21, 2008 would be sufficient to allow for the preparation of the Pre-Sentence Report. I have spoken with defense counsel, who consents to such an adjournment.

*The sentencing is adjourned to July 24, 2008, at 12:30 pm.*

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney

SO ORDERED.

*[signature]* 5/19/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

By: *[signature]*
Michael D. Maimin
Assistant United States Attorney
Southern District of New York
(212) 637-2238

cc:   Ronald Kliegerman, Esq. (via fax)
      Probation Officer Emily Frankelis (via hand)