**KLIEGERMAN & JOSEPH, LLP**
ATTORNEYS AT LAW
TWO RECTOR STREET - 20TH FLOOR
NEW YORK, NEW YORK 10006
EMAIL: KliegermanJoseph@aol.com

MICHAEL P. JOSEPH
RONALD E. KLIEGERMAN

NORBERT WEISSMAN

(212) 964-2500
(212) 962-4466
FAX (212) 587-0075

*[Stamp: DOCUMENT ELECTRONICALLY FILED JUL 1 7 2008]*

July 16, 2008

By Fax Only (212) 805-0426
Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse, Room 755
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Giancaspro*
      07 Cr. 1068 (LTS)

Dear Judge Swain:

I represent the above-referenced defendant. Mr. Giancaspro is scheduled to be sentenced on July 24, 2008 at 2:00 p.m. I am respectfully requesting that the sentence be adjourned to a September date. I have spoken with AUSA Michael D. Maimin and he has consented to this application.

Thank you for your courtesy in this matter.

Very truly yours,

*[signature]*
Ronald E. Kliegerman

REK/bc

cc: AUSA Michael D. Maimin (by fax (212) 637-2390)

*[handwritten: The sentencing is adjourned to September 4, 2008, at 2:00 pm.]*

SO ORDERED.

*[signature] 7/16/08*
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

TOTAL P.02